**SEALED**

DANIEL G. BOGDEN
United States Attorney
ROBERT A. KNIEF
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, NV 89101
(702) 388-6336 /Fax (702) 388-6698

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:13-cr-259 |
| vs. ) | |
| ) | MOTION TO UNSEAL |
| ) | CRIMINAL INDICTMENT AND |
| CARLOS ARIAS, ) | PROCEEDINGS |
| ) | |
| Defendant. ) | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and ROBERT A. KNIEF, Assistant United States Attorney, and respectfully moves this Court to unseal both the Criminal Indictment, as well as the entire case and proceedings in the instant matter. The Indictment was sealed in error. Defendant is in custody. As such, the need for sealing no longer exists.

DATED this 5th day of July, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

ROBERT A. KNIEF
Assistant United States Attorney

**IT IS SO ORDERED**

Dated: July 8, 2013

_____
UNITED STATES DISTRICT JUDGE